412

Tevis T. THOMPSON, Jr., Trustee in Bankruptcy for James Delbert McCON-VILLE, et ux., petitioner, v. David MAR-GEN and Lawton Associates.

No. 97–271.

Supreme Court of the United States.

Nov. 10, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

David MARGEN and Lawton Associates, petitioners, v. Tevis T. THOMPSON, Jr., Trustee in Bankruptcy for James Delbert McConville, et ux.

No. 97–446.

Supreme Court of the United States.

Nov. 10, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.